**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:17-CV-00202-MOC-DSC**

| | |
|---|---|
| **ROBERT PAYNE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **MERCK & CO., INC., et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court following Plaintiff's counsel Samy S. Elsherbini's failure to satisfy the Requirements for Admission to the Bar of this Court. <u>See</u> Court's "SECOND Notice to Sam Elsherbini: Pursuant to Local Rule 83.1 you are required to Satisfy the Requirements for Admission to the Bar of this Court. Deadline by 11/21/2017… (Entered: 11/14/2017)."

For this reason, **IT IS HEREBY ORDERED**:

1. Samy S. Elsherbini is **STRICKEN** as counsel of record in this case.

2. The Clerk is directed to remove Samy S. Elsherbini from the docket and the CM/ECF system.

3. The Clerk is directed to send copies of this Order to Samy S. Elsherbini, to defense counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: December 1, 2017

David S. Cayer
United States Magistrate Judge