IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-202-MOC-DCK

| | |
|---|---|
| ROBERT PAYNE, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| MERCK SHARP & DOHME CORP.,<br>MERCK & CO., INC., and MCKESSON<br>CORPORATION, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of "Defendants Merck & Co., Inc. And Merck Sharp & Dohme Corp.'s Motion To Dismiss Plaintiff's Claims For Fraudulent Misrepresentation, Negligent Misrepresentation, And Consumer Fraud" (Document No. 10).

In accordance with <u>Roseboro v. Garrison</u> 582 F.2d 309 (4th Cir. 1975), the Court again advises Plaintiff, who is proceeding *pro se*, that he has a right to respond to Defendants' motion. <u>See</u> (Document No. 13). The Court also advises Plaintiff that failure to respond will likely result in Defendants being granted the relief they seek, that is, the dismissal of the Complaint.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file a response to the pending "Defendants Merck & Co., Inc. And Merck Sharp & Dohme Corp.'s Motion To Dismiss Plaintiff's Claims For Fraudulent Misrepresentation, Negligent Misrepresentation, And Consumer Fraud" (Document No. 10) on or before **February 1, 2018**. Failure to file a timely and persuasive response will likely lead to the dismissal of this lawsuit.

**SO ORDERED**.

Signed: January 12, 2018

David C. Keesler
United States Magistrate Judge